UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG – 5 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| JONATHAN CURTIS, ) | |
| ) | 4:15CR367 RLW/SPM |
| Defendant. ) | |
| ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
[Interstate Transportation of Stolen Property]

In or about April of 2015, in the Eastern District of Missouri, the defendant,

**JONATHAN CURTIS,**

did unlawfully transport, transmit, and transfer in interstate commerce and cause to be transported, transmitted, and transferred in interstate commerce from St. Louis, State of Missouri, to Fairview Heights, State of Illinois, stolen goods, wares and merchandise, that is, a 2007 Cadillac Escalade, Vehicle Identification Number 1GYFK63877R100364, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

### COUNT TWO
[Interstate Transportation of Stolen Property]

In or about February of 2015, in the Eastern District of Missouri, the defendant,

**JONATHAN CURTIS,**

did unlawfully transport, transmit, and transfer in interstate commerce and cause to be transported, transmitted, and transferred in interstate commerce from St. Louis, State of Missouri, to the State of Michigan, stolen goods, wares and merchandise, that is, a 2011 Nissan Maxima, Vehicle Identification Number 1N4AA5AP6BC831942, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

Dated: _____

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Gwendolyn E. Carroll
Assistant United States Attorney